IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| TODD LUND STONE, Plaintiff, v. THIRD DISTRICT COURT, UTAH COURT OF APPEALS, THE HONORABLE TYRONE E. MEDLEY, THE HONORABLE SANDRA N. PEULER, and COMMISSIONER T. PATRICK CASEY, Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION** <br><br> Case No. 2:12-cv-00390-CW-PMW <br><br> Judge Clark Waddoups |
|---|---|

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Judge Paul M. Warner pursuant to 28 U.S.C. § 636(b)(1)(B). (*See* Dkt. No. 6.) Consistent with Judge Warner's treatment of the case, because Plaintiff is proceeding *pro se*, the court will liberally construe his pleadings and hold them to a "less stringent standard than formal pleadings drafted by lawyers." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (quotations and citation omitted).

On September 12, 2013, Judge Warner issued a Report and Recommendation recommending that the court deny Plaintiff's "Motion for Certification of Questions of Law by United States Courts" (Dkt. No. 8) and dismiss the case with prejudice for lack of subject matter jurisdiction. (*See* Dkt. No. 12.)

Plaintiff failed to file an Objection or other response to Judge Warners' Report and Recommendation within the permitted timeframe.

Accordingly, and upon a *de novo* review of the Judge Warners' findings, the court APPROVES AND ADOPTS Judge Warners' Report and Recommendation (Dkt. No. 12) in its entirety. This case is therefore closed.

SO ORDERED this 1st day of April, 2014.

BY THE COURT:

_____
Clark Waddoups
United States District Judge